# United States District Court
## Eastern District of California

FILED
Jun 22, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| V. | |
| Camillus Kahane LEWIS | DOCKET NUMBER: 6:22-mj-00005 |

I, Christopher Cassling, Law Enforcement Park Ranger, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Camillus Kahane LEWIS did or was:

**Count 1:** Present in a park area while under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another person, or damage property or park resources in violation of Title 36 Code of Federal Regulations § 2.35(c)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** The possession of an alcoholic beverage by a person under 21 years of age, except where allowed by State law in violation of Title 36 Code of Federal Regulations § 2.35(a)(2)(ii)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I have been a United States Park Ranger (USPR) since 2013 and have worked as a USPR at Yosemite National Park, Lake Mead National Recreation Area, Cape Hatteras National Seashore, Lake Roosevelt National Recreation Area, and Sequoia National Park. I have also worked two internships with the Investigative Services Branch of the National Park Service based out of the Grand Canyon Field Office.

I had completed a Federal Law Enforcement Training Center accredited Seasonal Law Enforcement Training Program at Northern Arizona University in 2013 before going onto complete the Land Management Police Training program at the Federal Law Enforcement Training Center (FLETC) at Glynco, Georgia in July of 2017. After completing the training at FLETC I passed the Field Training and Evaluation Program at Cape Hatteras National Seashore.

While at FLETC, I received training in identifying signs of individuals impaired by alcohol. I have also received training as a National Highway Traffic Safety Administration (NHTSA) Standardized Field Sobriety Test (SFST) Instructor in 2020. As part of being an instructor, I teach

Speedy Trial Act Applies: **No**

U.S. v. Lewis
Criminal Complaint

other law enforcement officers how to identify signs of impairment in individuals while conducting driving under the influence of alcohol investigations.

In my career, I have been on law enforcement contacts with hundreds of individuals that have been impaired by alcohol (DUI). I have made 20+ arrests for DUI and subjects under the influence of alcohol to a degree they are a danger to themselves, another person, or park resources.

This complaint is based on the following facts and information observed by me and or provided to me by other National Park Service Law Enforcement Rangers.

On June 22nd, 2022 at approximately 0342 hours the Yosemite Emergency Communications Center (YECC) received a report from the Housekeeping Night Auditor, Thomas Sloan, of a Hispanic male in his early 20's who was probably intoxicated and had urinated himself. Sloan reported the male having black curly hair, a mustache, and wearing a black shirt, grey shorts, and white tennis shoes. The male had left in an unknown vehicle and returned to the office shortly after leaving. Supervisory United States Park Ranger (USPR) Ian Rippetoe and I were called out to respond at around 0400 hours.

USPR Rippetoe arrived at the entrance to Housekeeping Camp at 0412 hours and observed a White Chevrolet Cobalt sedan (CA:8XXR185) parked perpendicular across a handicap parking space near the entrance to the Housekeeping Front Office. After exiting his vehicle, USPR Rippetoe watched a male walk toward him from the area by the Housekeeping Front Office that matched the description of the male called in by Sloan. The male was identified by the name and date of birth he provided as Camillus Kahane LEWIS. LEWIS's identity was confirmed by matching that against a California Identification Card descriptors provided by the YECC. Based on the information provided and confirmed by the YECC, LEWIS is under 21 years old and was born on 07/20/2002.

USPR Rippetoe asked for identification and vehicle information from LEWIS and he got into the drivers seat of the vehicle, LEWIS said he did not have identification on him, and produced paperwork for the vehicle. USPR Rippetoe then got consent to frisk LEWIS and had him sit down on a log near the vehicle. USPR Rippetoe informed me he observed signs of impairment from LEWIS including slurred speech, the scent of an alcoholic beverage coming off his breath, an unsteady gait, general confusing to the questions that he was asking, and a visible urine stain in the crotch area of LEWIS's shorts.

I arrived on scene at approximately 0416 hours. I saw LEWIS sitting on a log near his vehicle. I observed a large urine stain in the crotch of LEWIS's shorts. USPR Rippetoe said LEWIS had driven up from Fresno and was here for the day and did not have a drivers license. LEWIS tried to interrupt USPR Rippetoe to tell him about an envelope in the car that his "big cousin" gave him to take to the registration place. LEWIS was continually pausing, saying "umm" and searching for his next words while making that statement that didn't relate to anything that USPR Rippetoe was

Speedy Trial Act Applies: **No**

U.S. v. Lewis
Criminal Complaint

telling me. LEWIS informed me his cousin that is in Fresno that could help him. LEWIS had previously told USPR Rippetoe that his mom was from Fresno and might be able to pick him up.

LEWIS told me he is from Fresno, was having a bad day, and was trying to visit family at "Mono Winds" which was "Northwords". I asked him why he didn't take Highway 108 to the North of Yosemite and LEWIS said he "couldn't tell the roads". LEWIS informed me he had just spent 20 days in the hospital. He had spent 10-11 days in the regular community Fresno Hospital and had a "tube in his mouth" and a "catheter in his penis". Lewis then reenacted what happened when he woke up and how he ripped out the tubes in him while he was restrained to the hospital bed. LEWIS was attempting to yell while reenacting. After the regular hospital he went to "Community Mental Hospital" for a week to a week and a half. He was in the mental hospital because he had pulled out his mouth tube and catheter out. I then asked him how he ended up in the hospital and he said he overdosed by taking 200 sleeping pills. I asked him if he was doing better now, and LEWIS said he was. LEWIS said when he got out of the hospital he bought "this little fucker" and gestured to the vehicle. While I was talking to LEWIS, he was slurring his words, mumbling incoherently at times, and trying to yell at others.

I then went and spoke to the reporting party Thomas Sloan in the Housekeeping Camp Front Office. Sloan said that LEWIS came to the office around 0330 hours. LEWIS couldn't figure out how to open the doors to the office and kept trying to push them open instead of pulling them for a "minute or two". Sloan thought LEWIS was a guest who got lost. LEWIS was asking for direction to Coarsegold, CA and was unsure of where he currently was. Sloan said he is mostly blind and did not notice any signs of impairment from LEWIS until he started to leave, and then he noticed the urine stain in LEWIS's crotch and saw him stumble and almost roll his right ankle while walking out. Sloan could not smell any scent of an alcoholic beverage coming off LEWIS. LEWIS then left and SLOAN called the Yosemite Emergency Communications Center to report him. LEWIS then returned at approximately 0342 hours and he told LEWIS to wait outside and people would come to help him.

I returned to LEWIS and asked him how much alcohol he had consumed tonight. LEWIS stated he had two 40's and one 24. Based on that answer, it was my deduction that LEWIS was referring to the ounce volume of the containers that the alcohol came in. I asked LEWIS what the 40's were that he drank, and he said he drank Mickey's. Referring to Mickey's Fine Malt Liquor, a popular malt liquor that comes in 40 ounce bottles.

Based on all the above observations and my training and experience, I believed LEWIS was under the influence of alcohol to the degree that endangered himself.

LEWIS was then informed he was going to be placed in handcuffs and was asked to stand up. LEWIS stumbled to the point that USPR Rippetoe and I were prepared to catch him as it appeared he was going to fall over. USPR Rippetoe placed him in hand cuffs and searched him incident to arrest. LEWIS was then placed in a belly band and his handcuffs were moved to the front.

Speedy Trial Act Applies: **No**                                                                                                U.S. v. Lewis
Criminal Complaint

LEWIS was transported to the Yosemite Valley Ranger office where I read him his Miranda Rights in the back of the patrol vehicle at approximately 0505 hours. LEWIS said he understood his rights. LEWIS said he started driving at 2000 hours. LEWIS stopped along the way and paid a homeless guy to buy him Mickey's. He was unsure of where that happened at. I asked LEWIS how he did it, and he said he gave the homeless guy extra money. LEWIS said he was trying to get to his mom's place at 2900 Peach Avenue in Clovis, CA. He ended up in Yosemite because he was trying to visit his grandma at the "Mono Winds Reservation" and got lost. There is no such thing as a Mono Winds Reservation, but there is a Mono Winds Casino in Auberry, CA that is operated by the Big Sandy Rancheria Band of Western Mono Indians.

I then asked LEWIS if he would consent to do a preliminary breath test. LEWIS did and provided a breath sample of 0.152 grams of alcohol per 210 liters of breath on an Intoximeter Alco-Sensor FST. LEWIS was in possession of an alcoholic beverage inside his person while being under the age of 21.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

06/22/2022
Date

*Ranger: Christopher Cassling*
Law Enforcement Park Ranger
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 before me this  22  day of June, 2022.

06/22/2022
Date

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE